took no part in the consideration or decision of these petitions. Reported below: 344 F. 3d 1294.

No. 03–1457. METROPOLITAN STEVEDORE CO. v. CRESCENT WHARF & WAREHOUSE CO. ET AL. C. A. 9th Cir. Motion of National Association of Waterfront Employers et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ■

No. 04–6. DENNY'S, INC., IN ITS FIDUCIARY CAPACITY AS PLAN ADMINISTRATOR, ET AL. v. CAKE, ACTING DIRECTOR, CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS, ET AL. C. A. 4th Cir. Motions of National Council of Chain Restaurants, National Restaurant Association, and Chamber of Commerce of the United States of America for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 04–47. UNION PACIFIC RAILROAD CO. v. BARBER ET AL. Sup. Ct. Ark. Motion of American Tort Reform Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–215. ROBART v. ALASKA. Ct. App. Alaska. Motion of American Mint LLC for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–6286. KING ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari before judgment denied.

No. 03–1115. MALLOY v. TELEPHONICS CORP., 541 U. S. 974; and

No. 03–1476. MCGREGOR v. MINETA, SECRETARY OF TRANSPORTATION, 542 U. S. 905. Petitions for rehearing denied.

No. 03–6446. LINDSEY v. BENJAMIN ET AL., 540 U. S. 1052; and

No. 03–9756. FLOYD v. UNITED STATES, 541 U. S. 1054. Motions of petitioners for leave to file petitions for rehearing denied.

No. 03–9309. BREEN v. UNITED STATES, 541 U. S. 999 and 1096. Motion of petitioner for leave to file second petition for rehearing denied.